UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

| | |
|---|---|
| MILTON GREEN | CIVIL ACTION NO. 6:16-cv-01227 |
| VERSUS | JUDGE WALTER |
| U.S. COMMISSIONER, SOCIAL SECURITY ADMINISTRATION | MAGISTRATE JUDGE HANNA |

## JUDGMENT

This matter was referred to United States Magistrate Judge Patrick J. Hanna for report and recommendation. After an independent review of the record, and noting the absence of any objections, this Court concludes that the Magistrate Judge's report and recommendation is correct and adopts the findings and conclusions therein as its own. Accordingly,

**IT IS ORDERED, ADJUDGED, AND DECREED** that the Commissioner's decision is REVERSED and REMANDED to the Commissioner pursuant to the fourth sentence of 42 U.S.C. § 405(g).[1] More particularly, the Commissioner is instructed to reevaluate whether the claimant's mental health condition meets or equals the criteria of a listed impairment. The claimant shall be permitted to submit updated medical records and to testify at another hearing, and the Commissioner shall

---

[1] A fourth sentence remand constitutes a final judgment that triggers the filing period for an EAJA fee application. *Shalala v. Schaeffer*, 509 U.S. 292 (1993); *Freeman v. Shalala*, 2 F.3d 552, 553 (5th Cir. 1993).

have the claimant's mental health evaluated by a psychiatrist or psychologist familiar with the criteria of Listings 12.03, 12.04, 12.06, and 12.09.

Signed at Shreveport, Louisiana, this 22 day of January 20__.

*[signature]*
DONALD E. WALTER
UNITED STATES DISTRICT JUDGE